FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2023

No. 04-22-00836-CV

**IN RE** GUARDIANSHIP OF JAVIER J. **TREVINO** AN INCAPACITATED PERSON

Original Mandamus Proceeding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

On December 12, 2022, relator filed a petition for writ of mandamus. Relator's mandamus petition does not contain an appendix or a record. *See* TEX. R. APP. P. 52.3(k); *id*. 52.7. Accordingly, we ordered relator to file an appendix in accordance with Texas Rule of Appellate Procedure 52.3(k) on or before January 3, 2023.

On January 3, 2023, relator filed a motion for leave to file an amended petition for writ of mandamus. We **GRANT** relator's "Verified Motion for Leae [sic] to File an Amended Petition for Mandamus." We **ORDER** relator to file, **on or before February 6, 2023,** an appendix and record in accordance with Texas Rules of Appellate Procedure 52.3(k) and 52.7.

It is further **ORDERED** that this proceeding is **ABATED** in this court until February 6, 2023. If relator wishes to file an amended petition for writ of mandamus prior to February 6, 2023, he must file a motion to lift the abatement. If relator fails to comply with this order, relator's petition for writ of mandamus will be denied.

It is so **ORDERED** on January 5, 2023.

**PER CURIAM**

ATTESTED TO: _____
               MICHAEL A. CRUZ,
CLERK OF COURT